IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02558-BNB

RONALD RICHARDSON, on Behalf of Himself and All Others (Now and in the Future Will Be) Similarly Situated,

    Plaintiff,

v.

GRAYSON ROBINSON, Sheriff, Arapahoe County Detention Facility,
UNKNOWN REPRESENTATIVE, Arapahoe County Justice Coordinating Committee,
UNKNOWN REPRESENTATIVE, Arapahoe County Board of Commissioner,
DOUGLAS K. WILSON, State Public Defender, Arapahoe County Public Defender Office,
(These Defendants are Sued Jointly and Severally in Their Official and/or Individual Capacities),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the January 24, 2011, Order of the United States Court of Appeals for the Tenth Circuit which dismissed Plaintiff's Notice of Appeal. If Plaintiff wishes to proceed with his claims in this action, Plaintiff is directed to file a second amended complaint, as directed by the Court's December 8 Order, within **thirty (30) days from the date of this Order.** Plaintiff's failure to file a second amended complaint will result in the dismissal of this action without further notice.

    Further, Plaintiff's "Motion for Transmitting Addition [sic] Records," filed on December 23, 2010 (Doc. # 33) is DENIED as moot.

    Dated: January 26, 2011